# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD MELOCCARO,<br><br>    Defendant. | 8:18CR11<br><br>PRELIMINARY ORDER OF FORFEITURE |

This matter is before the Court on the Government's Motion for Preliminary Order of Forfeiture, ECF No. 23. The Court reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On April 9, 2018, a Change of Plea hearing was held and the Defendant agreed to enter a plea of guilty to Count I and agreed to admit to the Forfeiture Allegation. Count I charged the Defendant with conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841. The Forfeiture Allegation charged the Defendant with using $6,074.00 in United States currency (following properties) to facilitate the commission of the conspiracy and/or that the proceeds were derived or obtained directly or indirectly as a result of the commission of the conspiracy.

2. By virtue of said plea of guilty, the Defendant forfeits his interest in the aforementioned currency and the United States is entitled to possession of said currency pursuant to 21 U.S.C. § 853.

3. The United States's Motion for Preliminary Order of Forfeiture should be sustained.

Accordingly,

IT IS ORDERED:

A. The United States's Motion for Preliminary Order of Forfeiture, ECF No. 23, is granted.

B. Based upon the Forfeiture Allegation of the Indictment/Information and the Defendant's plea of guilty, the United States is hereby authorized to seize the $6,074.00 in United States currency.

C. The Defendant's interest in the aforementioned currency is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

D. The aforementioned currency is to be held by the United States in its secure custody and control.

E. Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site, [www.forfeiture.gov](www.forfeiture.gov), notice of this Order, Notice of Publication evidencing the United States's intent to dispose of the currency (properties) in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject currency (properties) must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F. Said published notice shall state the Petition referred to in Paragraph E, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth

the nature and extent of the Petitioner's right, title or interest in the subject currency and any additional facts supporting the Petitioner's claim and the relief sought.

G. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency to this Order as a substitute for published notice as to those persons so notified.

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 30th day of May, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge